NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TERRANTE WARD,                               )
                                             )
        Appellant,                    )
                                             )
v.                                           )          Case No. 2D17-3146
                                             )
STATE OF FLORIDA,                            )
                                             )
        Appellee.                     )
_____)

Opinion filed March 7, 2018

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.


PER CURIAM.


        Affirmed.


CASANUEVA, CRENSHAW, and SALARIO, JJ., Concur.